EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| PUMA Energy Caribe, LLC<br><br>Peticionarios<br><br>v.<br><br>Tropigas de Puerto Rico, Inc., Empresas de Gas Company, Inc., Liquilux Gas Corporation, Gas Ideal, Inc., y Santurce Gas<br><br>Recurridos | Certiorari<br><br>2019 TSPR 107<br><br>202 DPR ____ |

Número del Caso: CC-2018-65

Fecha: 31 de mayo de 2019

Tribunal de Apelaciones:

      Región Judicial de San Juan – Caguas, Panel I

Abogados de la parte peticionaria:

      Lcdo. Carlos A. Dasta Meléndez
      Lcdo. Elías F. Sánchez Sifonte
      Lcdo. Rodolfo Carrión Vargas

Abogados de los recurridos:

**Empresas Gas Company**

      Lcdo. Manuel Fernández Mejías

**Tropigas de Puerto Rico, Inc.**

      Lcdo. Ramón Cotto Ojeda

**Gas Ideal**

      Lcdo. Néstor M. Méndez Gómez
      Lcdo. José A. Alvarado Vázquez

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

| | | |
|---|---|---|
| PUMA Energy Caribe, LLC<br><br>   Peticionarios<br><br>       v.<br><br>Tropigas de Puerto Rico, Inc., Empresas de Gas Company, Inc., Liquilux Gas Corporation, Gas Ideal, Inc., y Santurce Gas<br><br>   Recurridos | **CC-2018-0065** | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 31 de mayo de 2019.

Atendida la *Moción de Reconsideración,* presentada por Empresas de Gas Company, Inc., y la *Moción de Reconsideración en Cuanto a la Disposición del Recurso,* presentada por Tropigas de Puerto Rico, Inc., Con Lugar, a los únicos efectos de devolver al Tribunal de Apelaciones para que atienda los demás errores.

**Publíquese.**

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García, proveería No Ha Lugar. El Juez Asociado señor Colón Pérez, reconsideraría en los méritos.


                  José Ignacio Campos Pérez<br>                Secretario del Tribunal Supremo